# United States Court of Appeals
## For the First Circuit

Nos. 13-2155,
     13-2500,
     14-1040,
     14-1078

UNITED STATES OF AMERICA,

Appellee,

v.

JOSÉ PEÑA-SANTO,
JOSÉ RAMÓN VICENTE-ARIAS,
JONATHAN GIL-MARTÍNEZ,
MANUEL LIRIANO-DE LA CRUZ,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court, issued on October 14, 2015, is amended as follows:

On page 10, line 12, "inadmissable" is replaced with "inadmissible".

On page 18, line 7, "duck tape" is replaced with "duct tape".

On page 21, line 3, a comma is added after "marihuana".